**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 23-1851**

―――――――――

ELIZABETH HARING,

        Plaintiff - Appellant,

    v.

NATIONSTAR MORTGAGE, LLC; U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF CHALET SERIES III TRUST; PROFESSIONAL FORECLOSURE CORPORATION OF VIRGINIA; AUCTION.COM-VA, LLC,

        Defendants - Appellees.

―――――――――

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  John A. Gibney, Jr., Senior District Judge.  (3:22-cv-00759-JAG)

―――――――――

Submitted:  June 18, 2024                        Decided:  July 9, 2024

―――――――――

Before KING and WYNN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

**ON BRIEF:**  Henry W. McLaughlin III, LAW OFFICE OF HENRY MCLAUGHLIN, PC, Richmond, Virginia, for Appellant.  Kelly A. Cournoyer, Virginia Beach, Virginia, D. Kyle Deak, TROUTMAN PEPPER HAMILTON SANDERS LLP, Raleigh, North Carolina, for Appellees.

―――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Elizabeth Haring appeals the district court's orders: (1) denying her motion to remand the case to the state court from which it was removed and dismissing the complaint; and (2) denying her motion for reconsideration of that order and of the court's denial of her motion to amend her complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *Haring v. Nationstar Mortg., LLC*, No. 3:22-cv-00759-JAG (E.D. Va. July 11, 2023; Aug. 9, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*